UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-22845-CIV-MARTINEZ

JESUS MONZON,
and other similarly situated individuals,

    Plaintiff,

v.

PEQUENOS GIGANTES ADULT DAY CARE INC.,
and DAYANA ARAUJO, individually,

    Defendants.
_____/

### ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Settlement, (ECF No. 14), indicating that the parties have reached a settlement in this matter. It is hereby

**ORDERED AND ADJUDGED** as follows:

1. **On or before 30 days from the date of this Order**, the parties shall file a Motion for Settlement Approval and Order of Dismissal that complies with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The proposed settlement shall be on the record. *See Mercado v. Snyder*, No. 2:15-cv-14101, 2015 WL 11142629, at *1 (S.D. Fla. Dec. 11, 2015); *Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227, 1245–46 (M.D. Fla. 2010).

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of October, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record